FILE COPY

No. 07-14-00233-CR

| | | |
|---|---|---|
| Jaafar Abdullah<br>　Appellant | § | From the 137th District Court of<br>　Lubbock County |
| | § | |
| v. | | February 20, 2015 |
| | § | |
| The State of Texas<br>　Appellee | § | Opinion by Justice Pirtle |

## J U D G M E N T

Pursuant to the opinion of the Court dated February 20, 2015, it is ordered, adjudged and decreed that this appeal is dismissed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o